■ In the Matter of MARTIN BERNSTEIN, Appellant-Respondent, v WILLIAM K. NELSON, Respondent-Respondent, and F. WILSON SMITH et al., Respondents-Appellants. — Judgment of the Supreme Court, Rockland County (Slifkin, J.), dated August 20, 1984, and order of the same court (Palella, J.), dated August 10, 1984, affirmed, without costs or disbursements. No opinion. Brown, J. P., Rubin, Lawrence and Eiber, JJ., concur.